**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RGN-US IP, LLC and Regus Management Group, LLC | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:18-cv-02482-N |
| v. | § § | |
| WeWork Companies Inc., | § § | |
| Defendant. | § | |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(c), the undersigned counsel of record for RGN-US IP, LLC and Regus Management Group, LLC ("Plaintiffs") hereby certifies that the following listed entities have a direct, pecuniary interest in the outcome of this case:

1. RGN-US IP, LLC
2. Regus Management Group, LLC
3. Regus Corporation

Plaintiffs disclose that they are both wholly owned subsidiaries of Regus Corporation, a privately held company.  No public corporation owns 10% or more of Regus Corporation's stock.

Respectfully Submitted,

/s/ Yvette Ostolaza
Yvette Ostolaza
State Bar No. 00784703
yvette.ostolaza@sidley.com
Paige Holden Montgomery
State Bar No. 24037131
pmontgomery@sidley.com
Mitchell Brant Feinberg
State Bar No. 24105852
mitchell.feinberg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400

*Attorneys for Plaintiffs RGN-US IP, LLC and Regus Management Group, LLC*