# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RGN-US IP, LLC and Regus Management Group, LLC, | § § § | |
|     Plaintiffs and Counterclaim-Defendants, | § § | |
| v. | § § | Civil Action No. 3:18-cv-02482-N |
| WeWork Companies Inc., | § § | |
|     Defendant and Counterclaim-Plaintiff. | § § | |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's January 10, 2019 Order granting the Parties' Joint Motion To Stay The Litigation (Dkt. 44), Plaintiffs and Counterclaim-Defendants RGN-US IP, LLC ("RGN") and Regus Management Group, LLC ("Regus" and collectively, "Plaintiffs") and Defendant and Counterclaim-Plaintiff WeWork Companies, Inc. ("Defendant" and together with Plaintiffs, the "Parties") jointly file this status report regarding the Parties' settlement discussions (the "Joint Status Report"). Since the Parties' mediation in front of Judge Kaplan (Ret.) on December 18, 2018, the parties have exchanged several rounds of drafts of a settlement agreement. In conjunction with the exchange of drafts of that agreement, the parties have engaged in continuous e-mail correspondence, and telephone conferences as necessary, regarding the terms of the settlement agreement. As of the date of this Joint Status Report, the Parties are continuing to diligently work toward finalizing the settlement agreement.

The parties request that the next status report be due on Monday, February 18, 2019.

Dated: February 4, 2019

*/s/ Yvette Ostolaza*
Yvette Ostolaza
State Bar No. 00784703
yvette.ostolaza@sidley.com
Paige Holden Montgomery
State Bar No. 24037131
pmontgomery@sidley.com
Mitchell B. Alleluia-Feinberg
State Bar No. 24105852
malleluiafeinberg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400

Rollin A. Ransom (*Pro Hac Vice*)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Plaintiffs and Counterclaim-Defendants RGN-US IP, LLC and Regus Management Group, LLC*

*/s/ Dale M Cendali*
Richard B. Roper
Dina W. McKenney
1722 Routh Street, Suite 1500
Dallas, Texas 75201
richard.roper@tklaw.com
dina.mckenney@tklaw.com

Dale M. Cendali  (*Pro Hac Vice*)
Shanti Sadtler Conway  (*Pro Hac Vice*)
Hunter Vanaria  (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
dale.cendali@kirkland.com
shanti.conway@kirkland.com
hunter.vanaria@kirkland.com

*Attorneys for Defendant and Counterclaim-Plaintiff WeWork Companies Inc.*