UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RGN-US IP, LLC and Regus Management Group, LLC,<br><br>          Plaintiffs and Counterclaim-Defendants,<br><br>   - against -<br><br>WeWork Companies Inc.,<br><br>          Defendant and Counterclaim-Plaintiff. | Civil Action No. 3:18-cv-02482-N<br><br>**JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7.1, Plaintiffs and Counterclaim-Defendants RGN-US IP, LLC ("RGN") and Regus Management Group, LLC ("Regus" and collectively, "Plaintiffs") and Defendant and Counterclaim-Plaintiff WeWork Companies, Inc. ("Defendant" and together with Plaintiffs, the "Parties") respectfully request the dismissal of all claims and counterclaims in the above-captioned litigation.

## I.   AGREED MOTION

On December 18, 2018, the Parties attended mediation before Judge Jeff Kaplan (Ret.), at the conclusion of which the Parties agreed to resolve all claims in the above-captioned litigation. The Parties have voluntarily decided to seek dismissal of all claims and counterclaims in the above-captioned litigation.

1

## II. REQUESTED RELIEF

The Parties respectfully request that the Court grant this Joint Motion to Dismiss. The Parties respectfully request that the Court dismiss all claims and counterclaims in the above-captioned litigation.

Dated: February 25, 2019

/s/ *Yvette Ostolaza*
Yvette Ostolaza
State Bar No. 00784703
yvette.ostolaza@sidley.com
Paige Holden Montgomery
State Bar No. 24037131
pmontgomery@sidley.com
Mitchell B. Alleluia-Feinberg
State Bar No. 24105852
malleluiafeinberg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Rollin A. Ransom (*Pro Hac Vice*)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Plaintiffs and Counterclaim-Defendants RGN-US IP, LLC and Regus Management Group, LLC*

/s/ *Richard B. Roper*
Richard B. Roper
Dina W. McKenney
1722 Routh Street, Suite 1500
Dallas, Texas 75201
richard.roper@tklaw.com
dina.mckenney@tklaw.com

Dale M. Cendali
Shanti Sadtler Conway
Hunter Vanaria
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
dale.cendali@kirkland.com
shanti.conway@kirkland.com
hunter.vanaria@kirkland.com

*Attorneys for Defendant and Counterclaim-Plaintiff WeWork Companies Inc.*